## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:25-cr- 00100-JAW |
| STEPHAUAN POWELL<br>A/K/A "Peezy" | |

### PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Dated: July 9, 2025

_____
Nicholas Heimbach
Assistant United States Attorney

Granted

7/10/2025