### Synopsis

| | |
|---|---|
| **Name:** | Christine Guardino |
| **Address:** (City & State Only) | Wilmington, North Carolina |
| **Year of Birth and Age:** | 1968, 56 |
| **Violations:** | **Count 1**: Conspiracy/Bank Fraud. *See* 18 U.S.C. §§ 1349, 1344. This is a Class B felony. *See* 18 U.S.C. § 3559(a)(2).<br><br>**Count 2**: Conspiracy/False Use of Passport. *See* 18 U.S.C. §§ 371, 1543. This is a Class D felony. *See* 18 U.S.C. § 3559(a)(4).<br><br>**Counts 6-7:** Bank Fraud. *See* 18 U.S.C. §§ 1344, 2. This is a Class B felony. *See* 18 U.S.C. § 3559(a)(2).<br><br>**Counts 15, 17:** False Use of a Passport. *See* 18 U.S.C. §§ 1543, 2. This is a Class C felony. *See* 18 U.S.C. § 3559(a)(3).<br><br>**Counts 24-25:** Aggravated Identity Theft. *See* 18 U.S.C. §§ 1028A(a)(1), 1028A(b), 2. |
| **Penalties:** | **Count 1:** Not more than 30 years of imprisonment, a fine of $1 million, or both. *See* 18 U.S.C. §§ 1349, 1344.<br><br>**Count 2:** Not more than 5 years of imprisonment, a fine of $250,000, or both. *See* 18 U.S.C. §§ 371, 3571(b)(3).<br><br>**Counts 6-7:** Not more than 30 years of imprisonment, a fine of $1 million, or both. *See* 18 U.S.C. § 1344.<br><br>**Counts 15, 17:** Not more than 10 years of imprisonment, a fine of $250,000, or both. *See* 18 U.S.C. §§ 1543, 3571(b)(3).<br><br>**Counts 24-25:** 2 years of imprisonment consecutive to any other sentence imposed and a fine of up to $250,000. *See* 18 U.S.C. §§ 1028A(a)(1), 1028A(b)(2), 3571(b)(3). |

| | |
|---|---|
| **Supervised Release:** | **Count 1:** Not more than 5 years. *See* 18 U.S.C. § 3583(b)(1).<br><br>**Count 2:** Not more than 3 years. *See* 18 U.S.C. § 3583(b)(2).<br><br>**Counts 6-7:** Not more than 5 years. *See* 18 U.S.C. § 3583(b)(1).<br><br>**Counts 15, 17:** Not more than 3 years. *See* 18 U.S.C. § 3583(b)(2).<br><br>**Counts 24-25:** Not more than 1 year. *See* 18 U.S.C. § 3583(b)(3). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1:** Not more than 3 years of imprisonment. *See* 18 U.S.C. § 3583(e).<br><br>**Count 2:** Not more than 2 years of imprisonment. *See* 18 U.S.C. § 3583(e).<br><br>**Counts 6-7:** Not more than 3 years of imprisonment. *See* 18 U.S.C. § 3583(e).<br><br>**Counts 15, 17:** Not more than 2 years of imprisonment. *See* 18 U.S.C. § 3583(e).<br><br>**Counts 24-25:** Not more than 1 year of imprisonment. *See* 18 U.S.C. § 3583(e). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1:** Up to 5 years, less any term of imprisonment imposed upon revocation. *See* 18 U.S.C. § 3583(h).<br><br>**Count 2:** Up to 3 years, less any term of imprisonment imposed upon revocation. *See* 18 U.S.C. § 3583(h).<br><br>**Counts 6-7:** Up to 5 years, less any term of imprisonment imposed upon revocation. *See* 18 U.S.C. § 3583(h). |

|  | **Counts 15, 17:** Up to 3 years, less any term of imprisonment imposed upon revocation. *See* 18 U.S.C. § 3583(h).<br><br>**Counts 24-25:** Up to 1 year, less any term of imprisonment imposed upon revocation. *See* 18 U.S.C. § 3583(h). |
|---|---|
| **Defendant's Attorney:** | To be appointed. |
| **Primary Investigative Agency and Case Agent Name:** | U.S. Department of State, Diplomatic Security Service<br>Special Agent Sean Sullivan |
| **Detention Status:** | Warrant to Issue. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland County, York County, and others |
| **AUSA:** | Nicholas Heimbach |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution?** | Yes |
| **Assessments:** | $100 per count. *See* 18 U.S.C. § 3013(a)(2)(A). |