U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

MAY 15 2026

JENNIFER P. LYONS, CLERK
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

STEVEN GUARDINO
A/K/A "Bruno"

No: 2:25-cr-00100-JAW

## WAIVER OF INTERSTATE AGREEMENT ON DETAINERS ACT RIGHTS

1.      I am currently serving a prison sentence in the custody of the State of Connecticut for one or more crimes in violation of the laws of the State of Connecticut.

2.      On December 16, 2025, I appeared before Magistrate Judge Karen Frink Wolf for an initial appearance and arraignment in this criminal case. The Court entered an order of detention and remanded me to the custody of the United States Marshals Service.

3.      I understand that I have rights under the Interstate Agreement on Detainers Act ("IADA"), including the right not to be shuttled back and forth between state and federal authorities before completion of the instant federal prosecution. I understand that a consequence of this right is that I would be held in federal custody and not returned to the custody of the State of Connecticut until final disposition of the federal charge(s) in the above-captioned case.

4.      I also understand that I have a right to have trial commence in the instant case within one hundred and eighty (180) days after I have caused to be delivered to the United States Attorney's Office for the District of Maine and the Court a properly completed written notice and request under the IADA.

5.　　I have discussed this matter with my attorney and, following consultation with counsel:

    a.　I waive my right under the IADA to have my case disposed of within certain timeframes and request that the disposition of my case instead be governed exclusively by the Speedy Trial Act of 1974, Title 18 U.S.C. § 3161.

Date: May 15, 2026

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Roger Brunelle, Esq._____
*Printed name of defendant's attorney*